# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH KUPSTAS-BADURINA** : | |
| Individually and **JOHN PARRSIEN, h/w,** : | |
| : | CIVIL ACTION |
| v. : | No. 23-994 |
| : | |
| **THE TUTHILL CORPORATION, et al.** : | |

## ORDER

This 6th day of February, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 21, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice. The Clerk is hereby **REQUESTED** to mark this matter as closed.

    /s/ Gerald Austin McHugh
United States District Judge